ACCEPTED
9/16/2015 5:30:05 PM
FIFTH COURT OF APPEALS
DALLAS, TEXAS
LISA MATZ
CLERK

FILED
9/16/2015 5:30:05 PM
LISA MATZ
COUNTY CLERK
DALLAS COUNTY



RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/16/2015 5:30:05 PM
LISA MATZ
Clerk

**JONATHAN
CUNNINGHAM**
jjc@snlegal.com

Member of the Bar, Texas

September 16, 2015

## Via CM/RRR 7014 1200 0002 0565 1769

Ms. Lanetta Williams
Court Reporter
County Court at Law No. 2
724 Oteca Drive
Desoto, Texas 75115

      Re:    Trial Court Case No. CC-12-03722-B, *Garza v. Children's Medical Center of Dallas, Dale R. Fliedner, M.D., et al.*

Dear Ms. Williams,

      Pursuant to your instructions, please find enclosed our firm check No. 1681 in the amount of $180.00 as payment for the preparation of the Reporters Record of the transcript for the hearing conducted on August 31, 2015 in the above-referenced case.

      Please certify and deliver to the Court of Appeals, in **Case No. 05-15-01067-CV**, a Reporter's Record containing the following –

          (1) The transcript and any exhibits from hearing conducted on October 25, 2013 in this matter.[1]

          (2) The transcript and any exhibits from hearing conducted on August 31, 2013.

      If any questions arise, do not hesitate to contact me.  Thank you.

---

[1] This transcript was previously paid for, prepared and delivered to the Court of Appeals in a previous appeal of this matter, Case No. 05-14-00043-CV.  However, the Court of Appeals dismissed the appeal for lack of jurisdiction. The current request is the result of getting the case back up to Court of Appeals again.

Respectfully submitted,

/S/ Jonathan J. Cunningham
JONATHAN J. CUNNINGHAM
Jonathan J. Cunningham
State Bar No. 00793574
jjc@snlegal.com

**SHAMOUN & NORMAN, LLP**
1755 Wittington Place, Suite 200, LB 25
Dallas, Texas 75234
Telephone: (214) 987-1745
Facsimile: (214) 521-9033
**Attorneys for Appellants Amador Garza and Olga Garza**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record in accordance with the *Texas Rules of Civil Procedure* on this 16th day of September, 2015.

/S/ Jonathan J. Cunningham
Jonathan J. Cunningham

# LANETTA JACKSON-WILLIAMS
## OFFICIAL COURT REPORTER
## COUNTY COURT AT LAW NO. 2
## 600 COMMERCE STREET, 5TH FLOOR, SUITE 555D
## DALLAS, TEXAS 75202
## (214) 653-7497

DATE: 9/11/15

EID NUMBER: 32-0057267

RE: 12-03722 AMADOR GARZA, ET AL V. CHILDREN'S MEDICAL CENTER OF DALLAS, ET AL

**ATTENTION: JONATHAN CUNNINGHAM**

BILL TO:
JONATHAN CUNNINGHAM
SHAMOUN & NORMAN, LLP
1755 WITTINGTON PLACE, SUITE 200, LB 25
DALLAS, TEXAS 75234
TELEPHONE NO. 214-987-1745

------------------------------------------------------------------------------------------------
## FINAL INVOICE
------------------------------------------------------------------------------------------------

**COPY OF REPORTER'S RECORD FOR APPEAL**

10/25/2013 AND 8/31/2015 HEARINGS - $180.00

**DEPOSIT PAID - $0.00**

***BALANCE DUE - $180.00***

**SHAMOUN & NORMAN LLP**
1755 WITTINGTON PLACE, SUITE 200 • LOCKBOX 25
DALLAS, TX 75234



**NEXBANK**
Dallas, Texas 75201
1-800-827-4818
24 Hr. Banking - 877-538-2265
88-7320-3119

EZShield™ Check Fraud
Protection for Business

9/14/2015

PAY TO THE
ORDER OF    Lanetta Williams                                                                    $ **180.00

One Hundred Eighty and 00/100************************************************************************************************    DOLLARS

Lanetta Williams
724 Oteca Drive
DeSoto, Texas  75115

    X. Smith

AUTHORIZED SIGNATURE

MEMO
Reporters Record for Amador Garza,et al. v. Childre



---

**SHAMOUN & NORMAN LLP**

Lanetta Williams                                                    9/14/2015
                    Reporters Record for Amador Garza,et al. v. Children                    180.00

_NEXBANK OPERATI   Reporters Record for Amador Garza,et al. v. Chil                          180.00